No. 89–1326. CROWDER, INDIVIDUALLY AND AS INDEPEND-ENT EXECUTRIX OF THE ESTATE OF CROWDER *v.* SINYARD ET

AL. C. A. 5th Cir. Certiorari denied.